```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Robert W. Johnson

    v.

                                          Case No. 21-cv-1065-SE

Sandra Lea Lynch, Bruce M. Selya,
and David J. Barron

## ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated January 24, 2022 (doc. no. 5). For the reasons explained therein, Mr. Johnson's claims are **DISMISSED** for lack of jurisdiction and due to the absolute immunity of the defendant judges. The clerk's office is directed enter judgment and close the case.

    "[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal." School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quotation omitted); see United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waives the right to appeal district court's order).

    SO ORDERED.

_____
Samantha D. Elliott
United States District Judge

Date: February 18, 2022

cc: Robert W. Johnson, pro se